**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**GEORGE M. STOKES,**                                                                              **PLAINTIFF**

v.                         **CASE NO. 5:09cv00170 BSM**

**SOUTHERN STATES COOPERATIVE,
INC.,**                                                                                                          **DEFENDANT**

## ORDER

Defendant, Southern States Cooperative Inc., moves *in limine* [Doc. No. 14] to prohibit Dan Wojcik from testifying to his opinions about fraud, malice, unethical behavior, and the rightfulness of their prior collection action against George Stokes.

The basic approach to opinions, whether lay or expert, is to admit them when they are helpful to the trier of fact. *See* Federal Rule of Evidence 704 and Commentary. In order to determine both the relevance and admissibility of Wojcik's testimony, it must be heard in context. Therefore, defendant's motion is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED this 6th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE