UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GEORGE M. STOKES**                                                                                    **PLAINTIFF**

**v.**                                **CASE NO. 5:09CV00170 BSM**

**SOUTHERN STATES COOPERATIVE, INC.**                                     **DEFENDANT**

## JUDGMENT

Pursuant to the order entered this day, judgment is entered for defendant Southern States Cooperative, Inc. The motion for summary judgment filed by defendant is granted, and all claims are dismissed with prejudice.

IT IS SO ORDERED this 15th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE