IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GEORGE M. STOKES                                                                                          PLAINTIFF

VS.                          CIVIL ACTION NO. 5:09CV00170 BSM/JTR

SOUTHERN STATES COOPERATIVE, INC.                                              DEFENDANT

### ORDER

George M. Stokes and Southern States Cooperative, Inc. have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray. Pursuant to a confidentiality agreement, which has been made part of the settlement, the transcript of this proceeding will remain under seal.

IT IS SO ORDERED, this 9th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE